UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                              Case No. 23-30442
                                                Originating No.  23MJ00285

**EDWARD AMYOT,**

      Defendant.
_____/

**<u>GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF</u>**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **EDWARD AMYOT,** to answer to charges pending in another federal district, and states:

1. On <u>**November 2, 2023,**</u> defendant voluntarily appeared in the Eastern District Michigan in connection with a federal arrest warrant issued in the <u>**District of Columbia based on a Criminal Complaint**</u>.  Defendant is charged in that district with violations of **<u>18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);  18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) AND  40 U.S.C. § 5104(e)(2)(D) (Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings.</u>**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN ISON
United States Attorney


*s/Hank Moon*
HANK MOON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: November 2, 2023